

270 North Avenue, Suite 202
New Rochelle, New York 10801
T: (914) 239-4900   F: (914) 636-0585
www.sattlaw.com

**New York City Office:**
20 Vesey Street, Suite 503
New York, N.Y. 10007
T: (212) 766-4484

Hon. Judge Philip M. Halpern
United States District Court Southern Dist
300 Quarropas Street
White Plains, New York 10601

> Application granted. The unredacted document filed at Doc. 39-2 shall remain under seal pursuant to Fed. R. Civ. P. 5.2.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         March 19, 2021

Re: Vileno v. Dollar Tree
Index: 7:19-cv-11342

Dear Hon. Judge Halpern:

    This firm represents Plaintiff Joan Vileno in connection with the above-referenced matter. Yesterday we filed Plaintiff's Opposition to Defendant's Motion in Limine, and inadvertently filed a witness statement that contained confidential information: his date of birth. We have contacted the ECF Help Desk and they have placed a temporary seal on Docket #39, Exhibit 2, Witness Statement, and we respectfully request that the Court issue an order for this document to remain under seal.  I have also re-filed the opposition with the redacted exhibit.

    Please let us know if there is any further information we need to provide  Thank you.

Very truly yours,

*Erica B. Sattler*

By: Erica B. Sattler, Esq.
For SATTLER LAW GROUP, P.C.
914-239-4900

**CC**:
VIA ECF
Schnader Harrison Segal & Lewis LLP
Gary N. Smith, Esq.
Attorneys for Defendant Dollar Tree