UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOAN VILENO,

                Plaintiff,

v.                                                    ORDER

DOLLAR TREE STORES, INC.,             19-CV-11342 (PMH)

                Defendant.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The parties are hereby notified that jury selection and trial in this action are scheduled to begin on July 26, 2021 at 9:30 a.m. All parties and counsel shall appear on that date and time in the Jury Assembly Room at the courthouse located at 300 Quarropas Street, White Plains, New York 10601.

      A final pretrial conference is scheduled for July 20, 2021 at 3:00 p.m. in a courtroom to be determined.

      The parties are directed to immediately notify the Court if they have reached a settlement.

SO ORDERED.

Dated: White Plains, New York
          May 27, 2021

                                                             _____
                                                             Philip M. Halpern
                                                              United States District Judge